United States District Court
Southern District of Texas
**ENTERED**
August 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JEROME JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-71 |
| | § | |
| FABIAN SANCHEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation ("M&R"). (D.E. 14). The M&R recommends the Court dismiss Plaintiff's case pursuant to Federal Rule of Civil Procedure 41(b) for failing to comply with the Magistrate Judge's order to pay filing fees. *Id.* at 1. The parties were provided proper notice of, and the opportunity to object to, the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); General Order No. 2002-13. Plaintiff timely filed objections to the M&R on May 8, 2022. (D.E. 18); *see* (D.E. 17).

Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiff's objections were directed, 28 U.S.C. § 363(b)(1), the Court **OVERRULES** Plaintiff's objections. (D.E. 18). Accordingly, the Court **ADOPTS** the M&R in its entirety. (D.E. 14). The Court **DISMISSES without prejudice** Plaintiff's prisoner civil rights complaint pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to comply with a court order. (D.E. 1).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
   August 19, 2022